IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deion Anthony,<br><br>    Plaintiff,<br><br>v.<br><br>Rise Services Incorporated, et al.,<br><br>    Defendants. | No. CV-22-00268-PHX-GMS<br><br>**ORDER** |

The Court having held a Fairness Hearing this date and entering a Final Approval Order granting the Parties' Joint Motion for Final Approval of Proposed FLSA Collective Action and Rule 23 Class Action Settlement (Doc. 340) and Plaintiff's Unopposed Motion for Attorney Fees and Costs (Doc. 340),

**IT IS ORDERED** finding as moot:

1. Defendants' Motion to Decertify FLSA Collection Action (Doc. 316).
2. Defendants' Motion to Decertify Rule 23 Class (Doc. 319); and
3. Defendants' Motion for Partial Summary Judgment (Doc. 325).

Dated this 15th day of August, 2025.

_____
G. Murray Snow
Senior United States District Judge